**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**

| IN RE:  MARCUS ALAN NORDBERG<br>ANGELA RENEE NORDBERG | CHAPTER 13 |
|---|---|
| | CASE NO.  14-71096-PBR |

### O R D E R

The above-captioned matter is deficient in the following area(s):

___ The petition was filed without certain required schedules and/or statements of financial affairs.

___ The petition was filed without official form B22 (Means Test Calculation).

_X_ The Chapter 13 petition was filed without a Chapter 13 Plan.

___ The petition was filed without a certification that he/she has received an approved credit counseling briefing in the 180 day period ending on the date of filing of the petition or a certification of exigent circumstances.

It is accordingly

### O R D E R E D

that failure to cure said deficiency(ies) within fourteen (14) days from the date the petition was originally filed, or to file a pleading within such time requesting a hearing upon such asserted deficiency(ies), this case may be dismissed without further notice or hearing.

Service of a copy of this Order shall be made to debtor(s) and counsel for debtor(s); trustee, and other parties as may be appropriate.

Entered: August 6, 2014

_/s/ Paul M. Black_
**PAUL M. BLACK, JUDGE**

14daydef(B).frm