UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| In Re: | * | CHAPTER 13 |
| Marcus & Angela Nordberg | * | |
| | * | 14-71096 |
| Debtors | * | |

NOTICE TO SUNTRUST RE TREATMENT OF CLAIM IN CHAPTER 13 PLAN
AND NOTICE OF HEARING

Come now Marcus and Angela Nordberg, Debtors, by counsel, and respectfully notice SunTrust Bank as follows:

The Debtors have proposed in their Plan to cure arrears to SunTrust Bank in the amount of $2500.00, which is the amount they believe to be behind pre-petition, and to resume monthly payments of $100.00 per month beginning September 1, 2014 on the SunTrust Note dated July 12, 2005 (herein known as the "Note") and being secured by the property located at 6840 Hofawger Road, Boones Mill, VA 24065.

SunTrust filed Proof of Claim #1 in the amount of $23,412.07.

Per associate counsel's phone conversation with SunTrust representative Linda the claim amount filed and the arrearage asserted represented the entire amount due on the account as the account was accelerated due to being "charged off". SunTrust could not verify the amount of pre-petition arrears due to the acceleration of the debt.

Per the conversation with the SunTrust representative, SunTrust is aware of the Debtors' proposed payment plan and does not object to the terms of the Plan.

It is not feasible for the Debtors to pay the entire claim during the life of the Plan.

The Debtors propose that the Trustee pay SunTrust the pre-petition arrearage according to the Plan and not the Proof of Claim.

If SunTrust objects to the treatment in the Plan it must file an objection to the plan within the time limits set by Local Rule 3015-4 of the Western District of Virginia United States Bankruptcy Court. Absent such objection the Trustee will pay according to the Plan.


Dated:  August 29. 2014                                      /s/ Malissa Lambert Giles
                                                              Counsel

Malissa Lambert Giles, Esquire
GILES & LAMBERT, P.C.
P. O. Box 2780
Roanoke, VA  24001
(540) 981-9000
Counsel for Debtor

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | | |
|---|---|---|---|
| In Re: | | * | CHAPTER 13 |
| | Marcus & Angela Nordberg | * | |
| | | * | 14-71096 |
| | Debtor | * | |

NOTICE OF CONFIRMATION HEARING

Please take notice that the United States Bankruptcy Court, Western District of Virginia, Roanoke Division, will consider confirmation of the pending Chapter 13 plan and any objections timely filed on the 6th day of October, 2014 at 9:30 a.m., at the United States Bankruptcy Court, 2rd Floor Courtroom, 210 Church Street, SW, Roanoke, Virginia.

Dated:  August 29, 2014                                    /s/ Malissa Lambert Giles
                                                                                    Counsel

Certificate of Service

I, Malissa Lambert Giles, hereby certify to the Court that I have mailed a copy of the foregoing Notice and Notice of Hearing to

SunTrust Bank
Attn: Support Services
Ashley M. Carter
P.O. Box 85092
Richmond, VA 23286

SunTrust Bank
Certifify - CEO

and the Debtor, this 29th day of August, 2014, by first class mail.

                                                                        /s/ Malissa L. Giles